x:\ATS52447\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X
PEDRO TORRES,

                                Plaintiff,

           -against-

ON SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ET AL,

OFF SITE:
150 BROADWAY CORP., 150 BROADWAY N.Y. ASSOCS.
L.P., 90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, ET AL,

                             Defendants.
-------------------------------------------------------------------------X

**NOTICE OF**
**ADOPTION**

**08 CIV 2310**

       PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as

and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

       To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
      May 16, 2008

                         ROGER P. McTIERNAN, JR. (RPM 1680)
                         BARRY, McTIERNAN & MOORE
                         Attorneys for Defendant
                         ANN TAYLOR STORES CORPORATION
                         2 Rector Street – 14th Floor
                         New York, New York  10006
                         (212) 313-3600

To:
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorneys for Plaintiffs
      115 Broadway, 12th Floor
      New York, New York  10006
      (212) 267-3700